### 1738. GREEN v. MASSEE & FELTON LUMBER COMPANY.

POWELL, J.   1. The petition fails to allege such a state of circumstances as
to show a duty on the defendant to protect the plaintiff from the injury
for which he sues; and it does not disclose that the defendant was legally
responsible for the conduct of the persons through whom the injury was
immediately committed. Hence the court did not err in sustaining the
demurrer.

2. The plaintiff in error has requested this court to give leave to amend, in
the event of an affirmance. Leave to amend is granted.

*Judgment affirmed, with direction.*

Action for damages, from city court of Macon—Judge Hodges.
January 12, 1909.

Argued April 16,—Decided June 29, 1909.

Green sued the Massee & Felton Lumber Company for damages
on account of personal injuries. His petition was dismissed on
general demurrer, and he excepted. The petition alleges, that
while he was in the employment of the defendant company as a
laborer, laying a line of pipe on its premises, "certain persons
not in the employment of the said . . company, at work in
a tank situated on the premises of said company near the place
where . . petitioner was laying pipe as aforesaid, negligently
and carelessly threw a large piece of timber from said tank down
upon . . petitioner, striking him across the back and injuring
him" in a manner described; that "said persons were at work on
said tank by the invitation, knowledge, approval, and consent of
the said . . company;" and that "said injuries were caused
entirely by the said . . company in permitting said piece of
timber to be thrown down upon . . petitioner as aforesaid, and
in thus rendering said place in which . . petitioner was at
work unsafe; all of which was negligence on the part of said
defendant, causing . . petitioner's injuries as aforesaid."

*Joseph H. Hall, Warren Roberts,* for plaintiff.
*Lane & Park,* for defendant.